1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814-2322
4  Telephone: (916) 554-2700

5  Attorneys for Defendant

6

7             IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 BOBBY J. WINCHESTER,

11      Plaintiff,                    Case No. 2:05-CV-00796-DAD

12   v.                               **STIPULATION AND ORDER OF
                                      REMAND PURSUANT TO
13 JO ANNE B. BARNHART,               SENTENCE SIX OF 42 U.S.C. §
   Commissioner of                    405(g)**
14 Social Security,

15      Defendant.

16     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with

17 the approval of the Court as provided below, that this case will be remanded for further administrative

18 proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g).  "The court may, on motion of the

19 Commissioner of Social Security made for good cause shown before the Commissioner files [her]

20 answer, remand the case to the Commissioner of Social Security for further action by the

21 Commissioner...."  See 42 U.S.C. 405(g); see also Melkonyan v. Sullivan, 501 U.S. 89, 101 n.2

22 (1991); Shalala v. Schaefer, 509 U.S. 292 (1993).

23     The Commissioner is unable to locate the administrative file in this case and the cassette tape

24 of oral hearing.  The Commissioner requests remand to search for the tape.  If the cassette tape cannot

25 located within a reasonable amount of time, the Commissioner will remand the claim to an

26 Administrative Law Judge for a de novo hearing.

27     The parties further stipulate that counsel for Plaintiff will provide a facsimile of this

28 stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes

1

counsel for Defendant to file this document in .pdf format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131

DATED: November 7, 2005      /s/ *Ann M. Cerney*
Ann M. Cerney

Attorney for Plaintiff

DATED: November 7, 2005      McGREGOR W. SCOTT
United States Attorney

By: /s/ *Bobbie J. Montoya*
BOBBIE J. MONTOYA
Assistant U. S. Attorney

Attorneys for Defendant

OF COUNSEL:

LUCILLE GONZALES MEIS
 Chief Counsel, Region IX

LEO R. MONTENEGRO
 Assistant Regional Counsel

 Office of the General Counsel
 United States Social Security Administration

_____oOo_____

**ORDER**

    **For good cause shown, <u>WINCHESTER v. BARNHART</u> (Case No. 2:05-CV-00796-DAD) is hereby REMANDED under sentence six of 42 U.S.C. § 405(g), pursuant to the stipulation of the parties.**

    **SO ORDERED.**

**DATED: November 9, 2005.**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/winchester0796.stipord

3